Certified to be a true and correct copy
of the original.
Joseph Falzone, Clerk
U.S. Bankruptcy Court
Southern District of Florida
By: _Racquel Tate_
Deputy Clerk
Date: _8/23/2024_



**ORDERED in the Southern District of Florida on May 18, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Case No.: 20-16421-EPK
                                                          Chapter 7

**SOUTHERN CONCRETE & SHELL, LLC**

     Debtor.
_____/

**MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY**
**FOR SOUTHERN CONCRETE & SHELL, LLC**

Vs

**ED MASONRY LLC**                                        Adv. Proc. No. 22-01047-EPK
**A Florida Limited Liability Company,**


_____/

<u>**DEFAULT FINAL JUDGMENT AGAINST**</u>
<u>**ED MASONRY LLC, A FLORIDA LIMITED LIABILITY COMPANY**</u>

    THIS MATTER came before the Court in West Palm Beach, Florida, on the 9th day of

May, 2022 pursuant to Plaintiff's Motion for Default Final Judgment against the Defendant, Ed

Masonry LLC, a Florida Limited Liability Company, [ECF No.8] (the "Motion"), the Court

having entered the Order Granting Plaintiff's Motion for Default Final Judgment [ECF No. 11],

providing for the entry of this Default Judgment, having heard argument of counsel, and having

been otherwise fully advised in the premises, hereby\

ORDERS AND ADJUDGES as follows:

1.      Final judgment is entered in favor of the Plaintiff, Michael R. Bakst, Trustee in

Bankruptcy for Southern Concrete & Shell, LLC, and against the Defendant Ed Masonry LLC, a

Florida Limited Liability Company on all Counts (Counts I –II ) of the Complaint to Avoid

Preferential Transfers Pursuant to 11 U.S.C. §547   [ECF No. 1], whereby the Plaintiff, Michael

R. Bakst, Trustee in Bankruptcy for Southern Concrete & Shell, LLC, shall have and recover

from the Defendant, Ed Masonry LLC, a Florida Limited Liability Company, twenty four

thousand seven hundred dollars and two cents ($24,700.02) together with costs in the amount of

$350.00 for the filing of the Adversary Complaint, for a total amount of twenty five thousand

fifty dollars and two cents ($25,050.02), which shall bear interest at the statutory rate per annum,

for all of which execution shall issue.

2       The address for the Plaintiff, Michael R. Bakst, Trustee in Bankruptcy for

Southern Concrete & Shell, LLC, is P.O. Box 407, West Palm Beach, Fl 33402.

3       The address for the Defendant, Ed Masonry LLC, a Florida Limited Liability

Company is 421 NE 43rd Street, Pompano Beach, Fl 33064.

### 



Submitted by:
Michael R. Bakst, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, Fl 33401
(561) 838-4523
michael.bakst@gmlaw.com


**[Michael R. Bakst, Esq., is directed to serve copies of this order on all interested parties and file a certificate of service with the Court]**

