**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:   CASE NO.: 20-16421-EPK
   Chapter 7

**SOUTHERN CONCRETE AND SHELL, LLC,**

    Debtor.
_____/

**MICHAEL R. BAKST, TRUSTEE IN**
**BANKRUPTCY FOR SOUTHERN CONCRETE**
**AND SHELL, LLC,**

   ADV. PROC. NO. 22-01047-EPK

    Plaintiff,

v

**ED MASONRY, LLC**

    Defendant.
_____/

**NOTICE OF FILING OF ASSIGNMENT OF MONEY JUDGMENT**

    Michael R. Bakst, Trustee in Bankruptcy for Southern Concrete and Shell, LLC, by and through undersigned counsel hereby files the attached Assignment of Money Judgment.

    **I HEREBY CERTIFY** that on July 12, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this 12th day of July, 2024, on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing as indicated below.

*[Stamp: Certified to be a true and correct copy of the original. Joseph Falzone, Clerk, U.S. Bankruptcy Court, Southern District of Florida. By: Raquel Tate, Deputy Clerk. Date: 8/23/2024]*

**GREENSPOON MARDER, LLP**

/s/Michael R. Bakst

---

MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No.: 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone:  (561) 838-4523
Facsimile:   (561) 514-3423

**Mailing Information for Case 22-01047-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Ed Masonry, LLC**
Gilbert Louis, Registered Agent
421 NE 43 Street
Pompano Beach, FL 33064

29110.0741/jmr



## ASSIGNMENT OF MONEY JUDGMENT

**Michael R. Bakst, Trustee in Bankruptcy for Southern Concrete and Shell, LLC**, in Case No. 20-16421-EPK filed in the Southern District of Florida, P.O Box 407 West Palm Beach, FL 33402 ("Assignor"), for good and valuable consideration receipt of which is acknowledged, and pursuant to Trustee's Amended Notice of Intention To Sell Final Judgment [ECF No. 166] filed in Bankruptcy Court for the Southern District of Florida on February 19, 2024, authorizing the sale of the judgment, assigns unto **Intercoastal Financial, LLC.**, 7954 Transit Road #144 Buffalo, NY 14221 ("Assignee"), the Money Judgment dated and entered on May 18, 2022 in the Southern District of Florida in Adversary Proceeding No. 22-01047-EPK, in favor of Assignor and against **Ed Masonry, LLC**, 421 NE 43rd Street Pompano Beach, FL 33064, in the total amount of amount of $25,052.02 as of May 18, 2022 ("Money Judgment").

A transcript of the Money Judgment was filed in Florida Department of State on August 18, 2022, as DOS Document #L16000193399 Filing No. J22000395691

The total amount of money collected on the Money Judgment to date is $0.00.

The Money Judgment has not been previously transferred or assigned.

Except as state above, this Assignment is "AS-IS, WHERE-IS," and with no warranties of any type being given by the Trustee and/or his professionals.

To have and to hold the same unto the Assignee and to its successors, legal representatives and assigns forever.

_____
**MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY FOR SOUTHERN CONCRETE AND SHELL, LLC**

STATE OF FLORIDA          )
                          ) ss.:
COUNTY OF PALM BEACH      )

On the 12th day of June, 2024, before me, the undersigned, a Notary Public in and for said State, personally appeared **MICHAEL R. BAKST**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual, whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
NOTARY PUBLIC

DONNA FINEGOLD
Commission # HH 227836
Expires February 13, 2026

George Bechakas
Intercoastal Financial LLC
7954 Transit Road, #144
Buffalo NY 14221
(716) -867-7923
IN PRO PER



### UNITED STATES BANKRUPTCY COURT
### THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SOUTHERN CONCRETE & SHELL, ) | |
| LLC ) | Ad. Pro. Case No.: 22-01047-EPK |
| ) | |
| Debtor. ) | |
| ) | |
| MICHAEL R. BAKST, TRUSTEE IN ) | |
| BANKRUPTCY FOR SOUTHERN ) | |
| CONCRETE & SHELL, LLC ) | **ASSIGNMENT OF JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| ED MASONRY LLC, ) | |
| A Florida Limited Liability Company ) | |
| Defendant ) | |

COMES NOW, CREDITOR, INTERCOASTAL FINANCIAL, LLC, in the above captioned matter, and hereby files this Assignment of Judgment.
In support thereof, the following information is provided:

1) THAT the original Judgment was entered on or about 05/18//2022.

2) THAT Judgment was entered in favor of Plaintiff and against Defendants, ED MASONRY LLC.

3) THAT the court awarded a judgment in total amount of $25,052.02.

Assignment of Judgment

Certified to be a true and correct copy of the original.
Joseph Falzone, Clerk
U.S. Bankruptcy Court
Southern District of Florida
By: Pocquel Tate
Deputy Clerk
Date: 8/23/2024



4) THAT there have been no renewals since the entry of said judgment by this Court and the Plaintiff(s) has/ have received $0.00 of judgment from Defendants.

5) THAT INTERCOASTAL FINANCIAL, LLC at 7954 Transit Rd., #144, Williamsville NY 14221, is the judgment creditor of record.

6) THAT the last address of record for the judgment debtor is/was ED MASONRY LLC AT 421 NE 43rd Street, Pompano Beach FL 33064.

7) THAT I /We hereby authorize, without limitation, the transfer and assignment of All title, rights, interests and authority, and all other rights in law and/ or equity be past, present or future, in said judgment to the following person:

P.C. LIANG
556 S FAIR OAKS AVE.,
STE.101-577
PASADENA CA 91105

8) THAT I/ We relinquish all claims of right(s) in the above captioned matter to **P.C. LIANG** as a full and final assignment, and pray the Clerk of the Court file this Assignment in the above captioned case forthwith.

Signed this 14th day of July, 2024 at Amherst, NY.

Signature: _____

GEORGE BECHAKAS/ A MANAGING MEMBER OF INTERCOASTAL FINANCIAL, LLC

Assignment of Judgment
2



## Acknowledgement Form

State of  New York                )

                                  )ss.:

County of  Erie                   )

On the 14th day of July in the year 2024, before me, the undersigned notary public, personally appeared George T. Bechakas, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____ Notary Public

Elpiniki M Bechakas
Notary Public, State of New York
Reg. No 02BE4977758
Qualified in Erie County
Commission Expires February 11, 2027






B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
_____Southern_____ District Of _____Florida_____

In re _____Southern Concrete & Shell, LLC_____,
Debtor

Case No. __20-16421-EPK__

Chapter __7__

MICHAEL R. BASKT, TRUSTEE IN BANKRUPTCY
FOR SOUTHERN CONCRETE & SHELL, LLC
_____,
Plaintiff

v.
ED MASONRY LLC, A FLORIDA LIMITED LIABILITY COMPANY
_____,
Defendant

Adv. Proc. No. __22-01047-EPK__

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on ____5/18/2022____ as it appears in the records of this court, and that:
(date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)   (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

__8/23/2024__
Date

By: _Jacquel Chee_
     Deputy Clerk

_Joseph Falzone_
Clerk of the Bankruptcy Court